1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KATHLEEN R. JOHNSON,

11          Plaintiff,                          CIV S-07-0338 CMK

12      vs.

13   MICHAEL J. ASTRUE,                         ORDER
     Commissioner of Social Security,

14
            Defendant.

15
     _____/

16
            Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma

17
     pauperis.  Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is

18
     unable to prepay fees and costs or give security for them.  Accordingly, the request to proceed in

19
     forma pauperis will be granted.  28 U.S.C. § 1915(a).

20
            In accordance with the above, IT IS HEREBY ORDERED that:

21
            1.  Plaintiff's request to proceed in forma pauperis is granted; and

22
            2.  The Clerk of the Court is directed to serve the undersigned's scheduling order

23
     in social security cases.

24
            3.  The Clerk of the Court is further directed to serve a copy of this order on the

25
     United States Marshal.

26

1

1        4. Within fifteen days from the date of this order, **plaintiff shall submit to the**

2   **United States Marshal a completed summons and copies of the complaint and to file a**

3   **statement with the court that said documents have been submitted to the United States**

4   **Marshal.**[1]

5        5. The United States Marshal is directed to serve all process without prepayment

6   of costs not later than sixty days from the date of this order.  Service of process shall be

7   completed by delivering a copy of the summons and complaint to the United States Attorney for

8   the Eastern District of California, and by sending a copy of the summons and complaint by

9   registered or certified mail to the Attorney General of the United States at Washington, D.C.  See

10  Fed. R. Civ. P. 4(i)(1)(A) & (B).  The Marshal shall also send a copy of the summons and

11  complaint by registered or certified mail to the Commissioner of Social Security, c/o Office of

12  General Counsel, 6401 Security Blvd., Room 611, Altmeyer Bldg., Baltimore, MD   21235.  See

13  Fed. R. Civ. P. 4(i)(2).

14

15  DATED:   February 27, 2007.

16

17  _____
    **CRAIG M. KELLISON**
18  UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24        [1]The court notes that attached to plaintiff's application to proceed in forma pauperis is a
    "proof of service" from the Eastern District.  Plaintiff is advised that she must follow this court's
25  order and submit the above mentioned documents to the United States Marshal in order to properly
    serve defendant and move forward with her case.  Failure to follow the instructions in this order may
26  result in an order that this action be dismissed.

2