IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KATHLEEN R. JOHNSON,

    Plaintiff,                                         CIV S-07-0338 CMK

    vs.

MICHAEL J. ASTRUE,                                    <u>ORDER</u>
Commissioner of Social Security,

    Defendant.

_____/

        Plaintiff is proceeding in forma pauperis and without counsel in this action appealing a denial of benefits by the Commissioner of Social Security. On March 2, 2007, plaintiff filed a letter allegedly containing evidence that her oxygen levels were very low. (Doc. 8.) On March 7, 2007, plaintiff filed "exhibits" apparently concerning her oxygen.

        Plaintiff is advised that the court is not a repository for evidence she deems necessary to her case. Plaintiff should only file evidence when it is a necessary part of some other filing, such as a complaint or a motion. Additionally, plaintiff may not file new evidence, that is evidence which was not before the Commissioner in his administrative review of her application for benefits, without leave of the court. Should plaintiff wish to present new evidence, she must file a Request for Voluntary Remand/Submission of New Medical Evidence.

1       IT IS SO ORDERED.

3  DATED: March 13, 2007.

                                        _____
                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE