IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN R. JOHNSON, | No. CIV S-07-0338-CMK |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

      Plaintiff, who is proceeding pro se, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On September 28, 2007, the court issued an Order to Show Cause why this action should not be dismissed for lack of prosecution and failure to comply with rules and/or court orders.  Plaintiff has filed two responses to this Order to Show Cause, which will be discharged.

      Plaintiff indicates in her responses that she has had difficulty in obtaining the services of an attorney to help her in this legal process.  She also indicates she is unaware of how to proceed in this action.  Plaintiff is directed to the Scheduling Order of February 28, 2007 (Doc. 6).  This order will inform the plaintiff of what she is expected to file, and when.  In case plaintiff no longer has a copy of the Scheduling Order, the Clerk of the Court will be directed to reserve a copy of this order on plaintiff.

To the extent plaintiff is in need of additional time to comply with the Scheduling Order, plaintiff will have an additional 60 days from the date of this order to prosecute this action as contemplated in paragraph 3 of the Scheduling Order.  Specifically, plaintiff may prosecute this action in either of the following two ways: (1) plaintiff may file a motion for summary judgment and/or remand within 60 days of the date of this order or (2) if plaintiff has new evidence outside the evidentiary record, plaintiff may submit the new evidence with a request for voluntary remand to the Office of the General Counsel for the Social Security Administration.  Which ever way plaintiff decides to prosecute this action, she must do so within 60 days.  If plaintiff decides to file a motion for summary judgment, she is directed to paragraph 6 of the Scheduling Order, which explains what she needs to include in her brief in support of such a motion.

Additionally, plaintiff is reminded that she has an affirmative duty to prosecute this action and failure to do so may result in a dismissal for lack of prosecution.  <u>See</u> Fed. R. Civ. P. 41(b).

Accordingly, IT IS HEREBY ORDERED that:

1.	The Order to Show Cause (Doc. 24) is discharged;

2.	Plaintiff has 60 days from the date of this order to file a motion for summary judgment or request a voluntary remand due to new evidence; and

3.	The Clerk of the Court is directed to serve a copy of the Scheduling Order (Doc. 6) on plaintiff.

DATED: October 31, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE