IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN R. JOHNSON, | No. CIV S-07-0338-CMK |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

      Plaintiff, who is proceeding pro se, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  Pending before the court is plaintiff's notification that she has requested a voluntary remand of this case to the Commissioner of Social Security (Doc. 30).

      Plaintiff's notification states that she sent her request to the Commissioner in November 2007 and that she has not received a response.  Pursuant to the scheduling order in this case (Doc. 6), defendant was to notify plaintiff whether or not the case would be voluntarily remanded within 30 days of receipt of the request.  Therefore, the defendant will be required to respond to plaintiff's request.  Alternately, defendant will be required to notify both this court and plaintiff if this request for voluntary remand has not been received.

      If defendant's response to plaintiff's request is a stipulation that this matter will be voluntarily remanded, defendant will be required to prepare and file with this court said

stipulation and proposed order. If defendant's response is to decline a voluntary remand, plaintiff will be required to file her motion for summary judgment within 45 days of service of defendant's response. If defendant has not received plaintiff's request for voluntary remand, upon notification of the failure to receive the request, plaintiff will be required to file and serve on the defendant a copy of her request.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall notify this court and plaintiff within 20 days whether plaintiff's request for voluntary remand has been received;

2. If such a request has not been received, plaintiff will be required to file and serve on the defendant a copy of her request and its supporting documents within 20 days of defendant's notification;

3. If plaintiff's request has been received, defendant shall notify this court and plaintiff if this matter will be voluntarily remanded;

4. If this matter is to be voluntarily remanded, defendant shall prepare and file the stipulation and proposed order within 20 days;

5. If this matter will not be voluntarily remanded, plaintiff shall file her motion for summary judgment within 45 days of defendant's notification; and

6. If plaintiff is required to file a motion for summary judgment, this will be plaintiff's second extension of time in which to do so and further extensions of time will not be favored.

DATED: January 24, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE