IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN R. JOHNSON, | No. CIV S-07-0338-CMK |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  Pending before the court is plaintiff's request to file a motion for summary judgment (Doc. 38).

Plaintiff's request is granted.  Pursuant to the court's January 28, 2008 order (Doc. 32), plaintiff has 45 days from the date defendant notified plaintiff and the court of his decision to decline voluntary remand.  However, as plaintiff is proceeding pro se, and appears not to have understood that order, plaintiff will have an additional 45 days from the date of service of this order to file her motion for summary judgment.

IT IS SO ORDERED.

DATED: February 28, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CRAIG M. KELLISON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1